UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| THE UNIVERSITY OF IOWA ENERGY COLLABORATIVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF IOWA,<br><br>Defendant. | No. 3:23–cv–00006-RGE-HCA<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, the University of Iowa Energy Collaborative LLC ("UIEC"), hereby gives notice that the above-captioned action against Defendant the University of Iowa (the "University) is voluntarily dismissed, without prejudice to UIEC's reassertion of its claims against the University in Iowa District Court pursuant to the attached Stipulation.

Dated: May 24, 2023

/s/ Mark E. Weinhardt
Mark E. Weinhardt (AT0008280)
THE WEINHARDT LAW FIRM
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
mweinhardt@weinhardtlaw.com

/s/ Bradley S. Pensyl
Bradley S. Pensyl (admitted *pro hac vice*)
Justin L. Ormand (admitted *pro hac vice*)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: 212-610-6407

{02100665.DOCX}

bradley.pensyl@allenovery.com
justin.ormand@allenovery.com
*Counsel for the University of Iowa Energy Collaborative LLC,*

PROOF OF SERVICE
The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each attorney of record on May 24, 2023 by CM/ECF.
Signature:            /s/ Maura McNally-Cavanagh