## STIPULATION

WHEREAS, on January 26, 2023, the University of Iowa Energy Collaborative LLC ("UIEC") filed an action against the University of Iowa (the "University"), in the United States District Court for the Southern District of Iowa, Eastern Division, under the caption *The University of Iowa Energy Collaborative LLC v. The University of Iowa*, No. 3:23–cv–00006-RGE-HCA (S.D. Iowa) (the "Federal Court Action");

WHEREAS, on March 31, 2023, the University moved to dismiss the Federal Court Action;

WHEREAS, on March 31, 2023, the Board of Regents, State of Iowa (the "Board") and the University filed an action against UIEC under the caption *The Board of Regents, State of Iowa, and the University of Iowa v. The University of Iowa Energy Collaborative, LLC*, No. LACV084240 (Iowa Dist. Ct.) (the "State Court Action"); and

WHEREAS, UIEC, the University, and the Board (collectively, the "Parties") have conferred through counsel and have reached the following agreements concerning their disputes;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. In order to avoid the costs and delays associated with litigating the University's motion to dismiss the Federal Court Action and any appeals therefrom, UIEC will withdraw the Federal Court Action without prejudice on or before May 24, 2023, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

2. The State Court Action filed by the Board and the University shall be deemed served on UIEC as of May 24, 2023.

3. UIEC shall have until June 13, 2023, to file any motion, answer, and/or counterclaim in the State Court Action, consistent with Iowa Rule of Civil Procedure 1.303(1).

4.      The Parties jointly consent to a transfer of the State Court Action to the Iowa Business Specialty Court. The Parties stipulate that their disputes involve claims for compensatory damages totaling $200,000 or more, and satisfy at least one of the criteria set forth in Section E of the Iowa Supreme Court's Amended Memorandum of Operation for the Iowa Business Specialty Court (Jan. 18, 2022), and in particular Section E(7) of the memorandum.

5.      The Parties agree to waive any requirement under Article 18 of the Concession Agreement among them that they pursue a negotiated or mediated resolution of their dispute concerning the alleged "Steam – Non-Critical Facility KPI Event" raised in the University's January 24, 2023 letter to UIEC, and that claims regarding this alleged KPI Event may now be asserted in the State Court Action.

6.      The Parties otherwise reserve all rights and defenses.

Dated:  May 24, 2023

/s/  Bradley S. Pensyl
Bradley S. Pensyl
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: 212-610-6407
Email: bradley.pensyl@allenovery.com
*Counsel for the University of Iowa Energy Collaborative LLC*

/s/  Steven D. Davidson
Steven D. Davidson
BAIRD HOLM LLP
1700 Farnham Street, Suite 1500
Omaha, Nebraska 68102
Tel.:  402-636-8227
Email: sdavidson@bairdholm.com
*Counsel for the University of Iowa and the Board of Regents, State of Iowa*